UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GHIGI 1870 S.P.A. and PASTA ZARA S.P.A., | |
| Plaintiffs, | |
| and | |
| AGRITALIA S.R.L. and TESA S.R.L., | |
| Consolidated Plaintiffs, | |
| v. | Consol. Court No. 20-00023 |
| UNITED STATES, | Before: Richard K. Eaton, Judge |
| Defendant, | |
| and | |
| RIVIANA FOODS, INC. and TREEHOUSE FOODS, INC., | |
| Defendant-Intervenors. | |

## **JUDGMENT**

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the Remand Results, ECF Nos. 61, 62, are sustained.

/s/ Richard K. Eaton
Judge

Dated: May 4, 2022
New York, New York